# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | | |
|---|---|---|
| MARC PANASUK, DAVID ROSS, and DAVID JOHN THOMAS on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:09-CV-66 |
| STEEL DYNAMICS, INC., KEITH BUSSE, and JOHN C. BATES, | ) ) ) | |
| Defendants. | ) ) | |

## OPINION AND ORDER

This matter is before the Court regarding the Defendants' Joint Request for Oral Argument [DE 51], filed on November 9, 2009. The Motion requests an oral argument on Motions to Dismiss filed by Defendant John C. Bates [DE 41] and Defendants Steel Dynamics Inc. and Keith Busse [DE 44], filed on August 31, 2009. These motions became ripe for ruling on November 9, 2009. Local Rule 7.5(a) states that "[t]he granting of a motion for oral argument shall be wholly discretionary with the court." At this point, the Court finds the briefing on the motions to dismiss to have been completed thoroughly and competently, and does not anticipate requiring an oral argument to clarify any issues in dispute. However, if the Court later finds itself in need of additional argument, it will on its own initiative direct that an oral argument be held, pursuant to Local Rule 7.5(a). The Defendants' Joint Request for Oral Argument [DE 51] is therefore DENIED.

SO ORDERED on November 13, 2009.

s/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT