AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MARC PANASUK, on behalf of himself and all others similarly situated; DAVID ROSS, on behalf of himself and all others similarly situated; and DAVID JOHN THOMAS, on behalf of himself and all others similarly situated,

        Plaintiff

v.

STEEL DYNAMICS, INC.; KEITH BUSSE and JOHN C. BATES,

        Defendants

**Civil Action No. 1:09-CV-66 TLS**

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____%, plus post-judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

_X_ Other: _Judgment is entered in favor of Defendants Steel Dynamics, Inc., Keith Busse and John C. Bates and against Plaintiffs Marc Panasuk, David Ross and David John Thomas._

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.a verdict.

_X_ decided by Judge _Theresa L. Springmann_ on Motions to _Dismiss Amended Class Action Complaint._

DATE: _December 22, 2009_      STEPHEN R. LUDWIG, CLERK OF COURT

        by _s/C. Reed_
           *Signature of Clerk or Deputy Clerk*